DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | COUNT 1: |
| | ) | CONSPIRACY TO TRAFFIC |
| vs. | ) | METHAMPHETAMINE |
| | ) | Vio. 21 U.S.C. §§ 846 and 841(a)(1) & |
| | ) | (b)(1)(B) |
| SEAN T. TURVIN and | ) | |
| CORINA L. CUNNINGHAM, | ) | COUNT 2: |
| | ) | POSSESSION OF 5 GRAMS OR |
| Defendants. | ) | MORE OF METHAMPHETAMINE |
| | ) | WITH INTENT TO DISTRIBUTE |
| | ) | Vio. 21 U.S.C. §§ 841(a)(1) and |
| | ) | (b)(1)(B); 18 U.S.C. § 2 |
| | ) | |
| | ) | COUNT 3: |
| | ) | POSSESSION OF A PROHIBITED |
| | ) | FIREARM |
| | ) | Vio. 26 U.S.C. §§ 5841, 5845(a)(1), |
| | ) | 5861(d), 5871 |

INDICTMENT

The Grand Jury charges that:

## COUNT 1

Beginning at a time unknown to the Grand Jury, but at least on or about November 20, 2005, within the District of Alaska, the defendants, SEAN T. TURVIN and CORINA L. CUNNINGHAM, and others unknown to the Grand Jury, did unlawfully and knowingly combine, conspire, confederate and agree with each other and others unknown to the Grand Jury, to commit violations of Title 21 of the United States Code, to wit: possession with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

All of which is in violation of Title 21, United States Code, Sections 846 and 841 (a)(1) and(b)(1)(B).

## COUNT 2

On or about November 20, 2005, in the District of Alaska, the defendants, SEAN T. TURVIN and CORINA L. CUNNINGHAM, did knowingly and intentionally possess with intent to distribute a controlled substance, to wit: 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers.

All of which is in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT 3

On or about November 20, 2005, in the District of Alaska, the defendant, SEAN T. TURVIN, did knowingly possess a firearm, to wit: a Winchester 12 gauge shotgun, model number 1200, serial number 143115, with a barrel length shorter than 18 inches, not registered to him in the National Firearms Registration and Transfer Record.

All of which is in violation of Title 26, United States Code, Sections 5841, 5845(a)(1), 5861(d) and 5871.

A TRUE BILL.

s/Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ David A. Nesbett
DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov


s/Deborah M. Smith
DEBORAH M. SMITH
Acting United States Attorney
Federal Building & U.S. Courthouse
222 West 7th Avenue, Room 253, #9
Anchorage, Alaska 99513-7567
Phone:(907) 271-5071
Fax: (907) 271-1500
Email: deb.smith@usdoj.gov

DATED:      4/18/06