DEBORAH M. SMITH
Acting United States Attorney

DAVID A. NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of | Case No. 3:06-CR-043-JWS |
| SEAN T. TURVIN, | <u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u> |
| On Writ of Habeas Corpus | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

SEAN T. TURVIN, who is imprisoned by the State of Alaska Department of Corrections, at the Wildwood Correctional Facility in Kenai, Alaska, is a defendant in a certain cause now pending before this court, to wit: <u>United States of America v. Sean T. Turvin</u>, Case No. 3:06-CR-043-JWS, which is necessary to schedule an arraignment/initial appearance.

WHEREFORE, Petitioner prays that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of

Alaska Department of Corrections to bring the said defendant before the court in Anchorage, Alaska for the hearing, as well as further proceedings, and to be returned to the State of Alaska Department of Corrections.

                                          DEBORAH M. SMITH
                                          Acting United States Attorney

DATED: April 24, 2006          s/ David A. Nesbett
                                          DAVID A. NESBETT
                                          Special Assistant U.S. Attorney
                                          Federal Building & U.S. Courthouse
                                          222 West Seventh Avenue, Rm 253
                                          Anchorage, Alaska 99513-7567
                                          Phone: (907) 271-5071
                                          Fax: (907) 271-1500
                                          Email: david.nesbett@usdoj.gov