```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs   SEAN T. TURVIN     CASE NO.  3:06-CR-00043-01-JWS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE          TERRANCE W. HALL

DEPUTY CLERK/RECORDER:        CAROLINE EDMISTON

UNITED STATES ATTORNEY:       DAVID NESBETT

DEFENDANT'S ATTORNEY:         MIKE DIENI, APPOINTED

U.S.P.O.:                     TIM ASTLE

PROCEEDINGS: ARRAIGNMENT ON INDICTMENT Held 04/28/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:26 a.m. court convened.

 X Copy of Indictment given to defendant: waived reading.

 X Defendant sworn.

 X Defendant advised of general rights, penalties and charges;
Waived full advisement of rights.

 X Defendant states true name:    Same as above.

 X Financial Affidavit filed.  Federal Public Defender accepted
appointment; FPD notified.

 X PLEAS:   X Not Guilty to Counts 1, 2, & 3 of the Indictment.

 X Court advised counsel trial date had not been set.

 X Defendant detained; Order of Detention FILED.

 X Pretrial motions due **May 22, 2006;** Meet and confer **05/10/06.**

At 9:33 a.m. court adjourned.




DATE:   April 28, 2006      DEPUTY CLERK'S INITIALS:    Ce