Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>              Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>MOTION TO SUPPRESS STOP AND SEARCH OF VEHICLE |

       Defendant, Sean Timothy Turvin, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order suppressing all evidence seized as a result of the stop and search of Mr. Turvin's vehicle.  This motion is founded upon the Fourth Amendment of the United States Constitution and is supported by the accompanying memorandum of law.

///

///

///

///

    DATED this 22nd day of May, 2006.

            Respectfully submitted,

            FEDERAL PUBLIC DEFENDER
            FOR THE DISTRICT OF ALASKA

            /s/ Michael D. Dieni
            Assistant Federal Defender
            Alaska Bar No. 8606034
            601 West 5th Avenue, Suite 800
            Anchorage, AK  99501
            Ph:  (907) 646-3400
            Fax:  (907) 646-3480
            mike_dieni@fd.org

<u>Certification</u>:

I certify that on May 22, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni