UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>        Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>PROPOSED<br>ORDER SUPPRESSING<br>EVIDENCE |

After due consideration of defendant's motion to suppress, for good cause shown, the motion is granted.

DATED this ____ day of _____, 2006 in Anchorage, Alaska.

_____
John W. Singleton
United States District Court Judge