Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>　　　　　　Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>MOTION TO COMPEL PRODUCTION OF RECORDS FOR SUPPRESSION HEARING, *Filed on Shortened Time* |

　　　　Defendant, Sean Timothy Turvin, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for order compelling the Alaska State Troopers, Soldotna Branch, to produce dispatch records pertaining to the search and seizure issues raised in Mr. Turvin's pending motion to suppress.  (Docket 23)

　　　　Mr. Turvin submits this motion on the basis of Federal Criminal Rules 17(c), 26(b), and his Fifth and Sixth Amendment Constitutional rights to due process and compulsory process.

　　　　At present, the court has calendared an evidentiary hearing to receive evidence pertaining to Mr. Turvin's challenge to the warrantless stop and search of him and

his vehicle on November 19, 2005, in Soldotna, Alaska. It is expected that the government will present at least one of the two Troopers involved in the stop and search of the vehicle in an effort to justify the warrantless search of the vehicle. Mr. Turvin's motion challenges all aspects of the search activities, including the underlying basis and the duration of the stop.

The dispatch records, and any audio recordings of the officers making the stop, will undoubtedly provide the best "real time" evidence of the time and exact place and the reasons for the stop and search activities. This motion is filed at this time to avoid the possibility of a failure of discovery and the need for serial hearings to complete the record.

DATED this 26th day of May, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on May 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni

2