UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

                Plaintiff,

     vs.

SEAN TIMOTHY TURVIN,

                Defendant.

Case No. 3:06-cr-00043-JWS-JDR

ORDER COMPELLING
PRODUCTION OF RECORDS

       After due consideration of defendant's motion on shortened time, the motion is GRANTED.

       After due consideration of defendant's motion for dispatch records, including any audio tapes of radio traffic, related to the stop and search of Mr. Turvin's vehicle on November 20, 2005, the motion is GRANTED.  The government and the Alaska State Troopers are directed to obtain the material forthwith and to provide a copy to the defendant in advance of the hearing now set for June 5, 2006.

       DATED this 26th day of May, 2006, at Anchorage, Alaska.

              /s/ John D. Roberts
              JOHN D. ROBERTS
              United States Magistrate Judge