Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>                    Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>MOTION TO CONTINUE<br>EVIDENTIARY HEARING<br>*Filed on Shortened Time* |

       Defendant, Sean Timothy Turvin, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court to continue the evidentiary hearing scheduled for today, June 7, 2006, at 1:15 p.m.  Counsel for Mr. Turvin is out of the office ill and cannot participate in the proceedings on this date.  The parties request a hearing date for next week, if possible.

DATED this 7th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni