UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>             Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br><br>PROPOSED<br>ORDER CONTINUING HEARING |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of defendant's Motion to Continue Evidentiary Hearing, the motion is GRANTED.  The evidentiary hearing currently scheduled for June 7, 2006, at 1:15 p.m., is rescheduled to _____, 2006, at _____ a.m./p.m.

DATED this _____ day of _____, 2006 in Anchorage, Alaska.


_____
John D. Roberts
United States Magistrate Judge