Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>                 Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>UNOPPOSED MOTION TO<br>CONTINUE TRIAL |

       Defendant, Sean Timothy Turvin, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court to continue the trial in this matter three weeks.  Trial currently is scheduled for June 28, 2006.  The parties request a continuance no greater than one month in order to accommodate the completion of pretrial motions.  Due to a variety of issues, primarily including witness availability, a suppression hearing cannot be set before the week of June 19.

       Speedy trial is not an issue.  Pretrial motions have been pending since May 22, 2006, and will remain pending at least through the week of June 19.  Sufficient excludable delay exists, therefore, to accommodate this proposed continuance of the trial.

Assistant United States Attorney David Nesbett and Lance Wells, counsel for co-defendant Corina Cunningham, do not oppose this proposed continuance. Mr. Wells separately joins in this motion due to a conflicting trial date set the week of June 26, 2006.

DATED this 7th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 7, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni