UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>PROPOSED<br>ORDER CONTINUING TRIAL |

　　　　After due consideration of defendant's Unopposed Motion to Continue Trial, the motion is GRANTED. Trial in this matter, currently set for June 28, 2006, is continued to _____, 2006, at _____ a.m./p.m. A final pretrial conference shall be held on _____, 2006, at _____ a.m./p.m.

　　　　DATED this \_\_\_\_ day of _____, 2006 in Anchorage, Alaska.

_____
John W. Sedwick
United States District Court Judge