UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>               Defendant. | Case No. 3:06-cr-00043-JWS-JDR<br><br>ORDER CONTINUING TRIAL |

After due consideration of defendant's Unopposed Motion to Continue Trial, the motion is GRANTED. Trial in this matter, currently set for June 28, 2006, is continued to **July 19, 2006**, at **9:00 a.m.** A final pretrial conference shall be held on **July 19, 2006**, at **8:30 a.m.**

DATED this 7th day of June 2006 in Anchorage, Alaska.

                                                                                       /s/<br>
                                                             John W. Sedwick<br>
                                           United States District Court Judge