IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 3:06-cr-043-JWS |
| ) | |
| Plaintiff,   ) | **ORDER ON** |
| ) | **NON-OPPOSED MOTION FOR** |
| v.   ) | **FOUR HOUR CONTINUANCE** |
| ) | **OF EVIDENTIARY HEARING** |
| SEAN TURVIN   ) | |
| CORINA CUNNINGHAM,   ) | |
| ) | |
| Defendants.   ) | |

Having considered the non-opposed motion filed by the United States to continue the Evidentiary Hearing in this case for four hours, IT IS HEREBY ORDERED that the Evidentiary Hearing presently set for June 19, 2006 at 9:30am is CONTINUED to 1:30pm.

　　IT IS SO ORDERED.

　　DATED this ____ day of June, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE