(Rev 6/06)

# LIST OF EXHIBITS

Case No. 3:06-CR-00043-01-02   Magistrate Judge/Judge: John D. Roberts JWS

Title USA vs. Sean T. Turvin and Corina L. Cunningham

Dates of Hearing/~~Trial~~: June 19, 2006

Deputy Clerk/Recorder: Caroline Edmiston

| Attorney for Plaintiff | Attorney for Defendant |
|---|---|
| David Nesbett | Michael Dieni, deft Turvin |
|  | Lance Wells, deft Cunningham |

---EXHIBITS---

| PLAINTIFF | | | | DEFENDANT | | | |
|---|---|---|---|---|---|---|---|
| EX # | ID | AD | DESCRIPTION OF EXHIBIT | EX # | ID | AD | DESCRIPTION OF EXHIBIT |
| 1 | X | 6/19 | CD - contact | A | X | 6/19 | Photo sippy cup |
|  |  |  |  | B | X |  | Photo - large container |