**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

__UNITED STATES OF AMERICA__   v.   __SEAN TIMOTHY TURVIN, et al__

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                         CASE NO. __3:06-cr-00043 JWS__

__Linda Christensen__

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**     DATE: June 20, 2006

      For clarification of the record, the Final Pretrial Conference and Trial by Jury as to both defendants Turvin and Cunningham are continued to **July 19, 2006**.  Final Pretrial Conference to begin at **8:30 a.m.** and Trial by Jury to begin at **9:00 a.m.**

[306cr43JWS-MO.wpd]{IA.WPD*Rev.12/96}