Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>    Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>MOTION TO ALLOW<br>OVERLENGTH RESPONSE |

    Defendant, Sean Timothy Turvin, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court to allow defendant's Response to Objections to Recommendation Regarding Motion to Suppress to be overlength.  It is necessary that defendant's response be overlength because the government's late-filed objections, at ten pages, likewise were overlength.

    This motion should be granted in order to provide Mr. Turvin's an adequate opportunity to respond to the governments objections, and to preserve Mr. Turvin's Fifth Amendment right to due process and Sixth Amendment right to effective assistance of counsel.

This motion is filed pursuant to D. Alaska Loc. R. 47.1.

DATED this 12th day of July, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on July 12, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni