UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

 UNITED STATES OF AMERICA  v.  SEAN T. TURVIN and
                                                  CORINA L. CUNNINGHAM

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                                              CASE NO.  3:06-cr-00043-JWS

 Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: July 17, 2006

    To provide adequate time for the magistrate judge to issue a final report and recommendation on the pending motion to suppress, and to allow the district judge adequate time to review the reports from the magistrate judge, the parties' briefing and the transcript; the final pre-trial conference and trial dates in this case set for July 19, 2006 must be continued. Accordingly, the final pre-trial conference and the trial by jury are hereby **CONTINUED** for one week to 8:30 AM and 9:00 AM respectively on **July 26, 2006**. This new trial date falls within the existing speedy trial window.

[ ]{IA.WPD*Rev.12/96}