IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-0043-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING** |
| | ) | **UNITED STATES'** |
| vs. | ) | **MOTION FOR** |
| | ) | **RECONSIDERATION** |
| SEAN TURVIN and CORINA | ) | |
| CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |

Having considered the motion filed by the United States to reconsider the Court's Order grant the defendant's motion to suppress, IT IS HEREBY ORDERED that the government's motion for reconsideration be GRANTED/DENIED.

IT IS SO ORDERED.

DATED this ____ day of July, 2006, at Anchorage, Alaska.

_____
UNITED STATES DISTRICT COURT JUDGE