NELSON P. COHEN
United States Attorney

DAVID NESBETT
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: david.nesbett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 3:06-cr-00043-JWS |
| Plaintiff, | ) |
| vs. | ) |
| | ) CERTIFICATION |
| SEAN T. TURVIN and | ) |
| CORINA L. CUNNINGHAM | ) |
| Defendant. | ) |

The government has filed a Notice of Appeal of the district court's Order from Chambers dated July 27, 2006, and docketed the same day, suppressing evidence, specifically the firearm and controlled substances found in Turvin's vehicle. Pursuant to U.S.C. § 3731, the United States Attorney hereby certifies to the District Court that

the appeal is not taken for the purpose of delay and that the evidence is a substantial proof of a fact material in the proceeding.

RESPECTFULLY SUBMITTED this 21 day of September, 2006, at Anchorage, Alaska.

*Deborah Smith*

NELSON P. COHEN
United States Attorney
*Acting US Attorney*

I DAVID A. NESBETT, hereby certify that I have caused a
copy of this Certification to be served on Michael Dieni and Lance Wells
on, September 22, 2006, by:

(X) electronic court filing notification

s/ David A. Nesbett