Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>NON-OPPOSED MOTION FOR BAIL RELEASE, *Filed on Shortened Time* |

　　　　Defendant, Sean Timothy Turvin, by and through counsel Michael Dieni, Assistant Federal Defender, moves this court for an order releasing Mr. Turvin pending the government's appeal of the court's order suppressing all of the incriminating evidence in the case.

　　　　This motion is non-opposed by Assistant United States Attorney David Nesbett.

　　　　The equities of the case strongly favor Mr. Turvin's immediate release. Unless the government wins its appeal, the government will have to dismiss the charges. Mr. Turvin's motion to suppress was strong, the clear cut application of standing Ninth

Circuit precedent. Under these circumstances, the weight of the evidence as a factor in the bail calculus overwhelmingly favors Mr. Turvin.

To date, Mr. Turvin has refrained from seeking bail in federal court because he was being held in Alaska state court on similar charges. On Friday, September 30, 2006, the Superior Court for the State of Alaska in Kenai issued orders setting bail in terms that would allow Mr. Turvin to be released. This case is the only bail order now holding Mr. Turvin from release.

Mr. Turvin is a lifelong resident of Alaska, and has spent nearly all of that time in Kenai. He has four children in Kenai area, and he has current job prospects.

The request here is simple: release Mr. Turvin on an own recognizance basis, with weekly contact with pretrial services. Mr. Turvin currently resides in Kenai at the Wildwood Jail. He can be released as soon as this court sets bail. Because he plans to continue to reside in Kenai, Mr. Turvin requests the opportunity to appear by telephone at any hearing this court might set.

DATED this 3rd day of October, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on October 3, 2006, a copy of the foregoing document, with attachments, was served electronically on:

David A. Nesbett, Esq.

/s/ Michael D. Dieni