UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

SEAN TIMOTHY TURVIN,

               Defendant.

Case No. 3:06-cr-0043-JWS-JDR

PROPOSED
ORDER FOR BAIL RELEASE

        After due consideration of defendant's motion for bail release, for good cause shown, and considering the government's non-opposition, it is hereby ordered that Mr. Turvin is released on his own personal recognizance.  He is further ordered to obey all laws and to contact pretrial services on a once a week basis.

        DATED this _____ day of _____, 2006, in Anchorage, Alaska.


_____
              John D. Roberts
        United States Magistrate Judge