UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>                    Defendant. | Case No. 3:06-cr-00043-01-JWS<br><br>ORDER FOR BAIL RELEASE |

        After due consideration of defendant's motion for bail release, for good cause shown, and considering the government's non-opposition, it is hereby ordered that Mr. Turvin is released on his own personal recognizance. He is further ordered to obey all laws and to contact pretrial services on a once a week basis.

        DATED this 4th day of October, 2006, in Anchorage, Alaska.


                                                               /s/
                                            John W. Sedwick
                                   United States District Court Judge