UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA, )
 )
      Plaintiff, )
 )   CASE NO. 3:06-cr-00043-01-JWS
v. )
 )   **RELEASE ORDER**
SEAN T. TURVIN, )
 )
      Defendant. )
_____)

TO:   UNITED STATES MARSHAL

     Defendant, Sean T. Turvin, has this date met the bail conditions indicated below and is ordered discharged from custody.

| | |
|---|---|
| ____ | Released to , the third party custodian; |
| ____ | Paid cash bail in the amount of  to the Clerk of Court; |
| ____ | Posted unsecured bond in the amount of ; |
| ____ | Posted bond secured by property or surety in the amount of  with the Clerk of Court; |
| ____ | Surrendered passport to the Clerk of Court; |
| XX  | Other - Personal Recognizance. |

     Dated at Anchorage, Alaska, this 4th day of October, 2006.

                   IDA ROMACK, Clerk of Court

                 BY:   *REDACTED SIGNATURE*
                         Deputy Clerk

RELEASE ORDER
[]{RELEASE.WPD*Rev.2/97}