RECEIVED

OCT 1 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | |
| ) | Case No. 3:06-cr-043-JWS |
| SEAN T. TURVIN, ) | |
| ) | |
| On Writ of Habeas Corpus ) | WRIT OF HABEAS CORPUS AD |
| ) | PROSEQUENDUM |
| _____ ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| DISTRICT OF ALASKA ) | |
| ) | |
| _____ ) | |

The President of the United States of America to:

State of Alaska Department of Corrections, United States Marshal, District of

Alaska, or his duly authorized representative.

GREETINGS:

We command that you have the body of SEAN T. TURVIN, by you

imprisoned and detained as it is said, at the Wildwood Correctional Facility in

Kenai, Alaska, under safe and secure conduct, before the Judge of our District

Court within and for the District of Alaska, at Anchorage, Alaska, for scheduling

an arraignment/initial appearance, and other proceedings as the Court may desire,

thereafter and as necessary in United States of America v. Sean T. Turvin, Case

3:06-cr-043-JWS, now pending before said court, and that you return said person to the State of Alaska Department of Corrections as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this 25th day of April, 2006.

IDA ROMACK<br>
CLERK, U.S. DISTRICT COURT<br>
By: REDACTED SIGNATURE<br>
DEPUTY CLERK

**U.S. MARSHALS RETURN**

I hereby certify and return that **SEAN TURVIN** was transported from **WILDWOOD CF** to **USMS ANCHORAGE** on **4/28/2006** as ordered by the court.

Randy M. Johnson
U.S MARSHAL
By: R. Snyder
Deputy U.S. Marshal
CRIMINAL PROGRAM SPECIALIST

10/5/2006 WHCAP RETURNED
SEAN TURVIN RELEASED ON BOND.

Certified to be a true and correct copy of [original] filed in my office.
[REDACTED SIGNATURE], Clerk
By _____ Deputy

U.S. v. Vandebunte                                               1:05-cr-011