UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JAN 23 2007
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-30551 |
| Plaintiff - Appellant, | D.C. No. CR-06-00043-a-JWS/JD<br>District of Alaska,<br>Anchorage |
| v. | |
| SEAN T. TURVIN; et al., | |
| Defendants - Appellees. | ORDER |

RECEIVED
JAN 29 2007
CLERK, U.S. ... COURT
ANCHORAGE, ALASKA

The government's motion to include audio recording exhibits in the excerpts of record is construed as a motion to submit exhibits. So construed, the motion and any response thereto is referred to the merits panel for such treatment the panel deems warranted.

The audio recording shall be returned to the government pending further order from the court.

The government is informed that all physical exhibits in all cases shall be retained in the district court unless requested by the court of appeals. *See* 9th Cir. R. 11-4.1.

The briefing schedule established on November 20, 2006 is unchanged.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*Lorela Bragado-Sevillena*
Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note
to Rule 27 and Ninth Circuit Rule 27-10

pro 1.15