**UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**
TRANSCRIPT DESIGNATION FORM

U.S. Court of Appeals # __06-30551__   U.S. District Court # __3:06-cr-00043-JWS-JDR-1__

Short Case Title __US v. Turvin__

Date Notice of Appeal Filed by Clerk of District Court __8/29/06__

RECEIVED FEB 1 5 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | |
|---|---|---|
| | | PROCEEDINGS |
| | | VOIR DIRE |
| | | OPENING STATEMENTS |
| | | SETTLEMENT INSTRUCTIONS |
| | | CLOSING ARGUMENTS |
| | | JURY INSTRUCTIONS |
| 6/19/06 | (Already transcribed) | (PRE-TRIAL PROCEEDINGS) |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

( ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).

(✓) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

( ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

( ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered __Already transcribed__ Estimated Date for Completion _____

Signature of Attorney _____ Phone Number __271-5071__

Address __222 W 7th Ave, #9, Room 253__
__Anchorage AK 99513__

Section B - To Be Completed by Court Reporter

I, _____, have received this designation. (
      (Signature of Court Reporter)

( ) Arrangements for payment were made on _____

( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

   Approximate Number of Pages _____   Due Date _____

**Section C - To Be Completed by Court Reporter**

   Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des 11/96)