UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

APR 1 1 2007

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES OF AMERICA,

Plaintiff - Appellant,

v.

SEAN T. TURVIN; et al.,

Defendants - Appellees.

No. 06-30551

D.C. No. CR-06-00043-a-JWS/JD
District of Alaska,
Anchorage

RECEIVFr

APR 1 6 2007

ORDER

CLERK, U.S. ........ COURT
ANCHORAGE, ALASKA

Appellee Sean T. Turvin's motion for leave to file a late brief is granted.

The previously received answering brief is ordered filed.

The optional reply brief is due 14 days after the date of this order.

For the Court:

CATHY A. CATTERSON
Clerk of the Court:

Cathie A. Gottlieb
Deputy Clerk
Ninth Cir. R. 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

pro 4.9