**RECEIVED**
JUL 14 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
JUL 08 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>V.<br><br>SEAN T. TURVIN; CORINA L. CUNNINGHAM,<br><br>Defendants - Appellees. | No. 06-30551<br><br>D.C. No. CR-06-00043-a-JWS/JDR<br>District of Alaska, Anchorage<br><br>**MANDATE** |

The judgment of this Court, entered 2/26/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Gabriela Van Alien
Deputy Clerk

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUL 8 - 2008

by: _____
Deputy Clerk