## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

    UNITED STATES OF AMERICA    v.    SEAN T. TURVIN
                                       CORINA L. CUNNINGHAM

THE HONORABLE JOHN W. SEDWICK

DEPUTY CLERK                          CASE NO.   3:06-cr-00043-JWS

 Pam Richter


PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**       DATE: July 18, 2008

        In light of the Ninth Circuit Court of Appeals Opinion

and Mandate trial by jury in the above-referenced case is

scheduled to commence Tuesday, July 22, 2008, at 10:00 a.m. in

Courtroom 3.

        The final pre-trial conference is scheduled to commence

at 9:30 a.m. on Tuesday, July 22, 2008, in Courtroom 3.