NELSON P. COHEN
United States Attorney

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

Attorneys for the Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-043-JWS |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **SUBSTITUTION OF COUNSEL** |
| SEAN T. TURVIN and CORINA CUNNINGHAM, | ) ) ) ) | |
| Defendants. | ) | |

COMES NOW the United States, by and through counsel, and hereby gives notice that Special Assistant United States Attorney, Kelly Cavanaugh, now appears as counsel for the for United States of America in the above-entitled case. All future correspondence in this matter should be sent to:

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253

Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

In addition, the government requests that the Court no longer serve pleadings in the above-captioned case on AUSA Bryan Schroder now that the undersigned is appearing as counsel in this case.

RESPECTFULLY SUBMITTED this 21st day of July, 2008 at Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

s/ Kelly Cavanaugh
KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
(907) 271-5071
(907) 271-1500
kelly.cavanaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008,
a copy of the foregoing Substitution of
Counsel was served electronically on:

Michael Dieni, attorney for Sean Turvin
Lance Wells, attorney for Corina Cunningham

s/ Kelly Cavanaugh
Office of the U.S. Attorney

US v. Turvin, et al
3:06-cr-043-JWS                                   2