NELSON P. COHEN
United States Attorney

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:06-cr-043-JWS |
| | ) |
| Plaintiff, | ) |
| | ) MOTION TO CONTINUE TRIAL |
| vs. | ) |
| | ) |
| SEAN T. TURVIN and | ) |
| CORINA CUNNINGHAM, | ) FILED ON SHORTED TIME |
| | ) |
| Defendants. | ) |
| | ) |

COMES NOW the United States Attorney's Office, by and through counsel, and

hereby requests a 60 day continuance of the trial date currently set for July 22, 2008, at

10:00 a.m.

## I.      Facts and Background

Originally, the defendant filed a motion with the District Court to suppress

evidence obtained during a search of defendant's vehicle during a traffic stop.  The

District Court agreed with the defendant and the evidence obtained during the search was

suppressed.  The Government appealed this decision to the Ninth Circuit Court of

Appeals, the Court of Appeals reversed the District Court decision and ruled that "the

evidence obtained as a result of the Alaska State Trooper search of defendant's vehicle is

admissible and the District Court's order to suppress is reversed."

The Court of Appeals issued a mandate that took effect July 8, 2008.  On July 18,

2008, the District Court sent out an order informing parties that the final Pretrial

Conference would be scheduled for July 22, 2008, at 9:30 a.m. and trial would be

scheduled for July 22, 2008, at 10:00 a.m.

## II.     Law and Argument

The government has 70 days commence trial from the time an indictment is

published charging a defendant with a crime.  18 U.S.C. 3161(c)(1).  There are periods of

exclusion from this 70 day time limit.  One of those periods of exclusion is for a delay

resulting from an interlocutory appeal.  18 U.S.C. 3161(h)(1)(E).  Therefore, the time

from when the government filed its appeal to the Ninth Circuit until the mandate issued

should be excluded from the 70 day time calculation.

Other permitted periods of delay are allowed resulting from the absence or

unavailability of the defendant or other essential witnesses.  18 U.S.C. 3161(h)(3)(A).  A

defendant or an essential witness shall be considered absent when his whereabouts are

unknown.  18 U.S.C. 3161(3)(B).  At present, the government is unaware of the

whereabout of a number of essential witnesses, including the officers that investigated the

U.S. v Turvin, et al
3:06-cr-043-JWS                    2

incident, as well as the expert witnesses that tested the evidence obtained. These witnesses are essential to the prosecution of the governments case and the government needs a reasonable amount of time to ascertain their location and availability for trial.

The Court is permitted to grant a continuance of trial if the request is made by the defendant or the attorney for the government and the Court makes findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant's interest in a speedy trial. 18 U.S.C. 3161(h)(8)(A). At present, the defendant is not prejudiced by the government's request for a continuance of his trial. An extension of time to prepare for trial would likely be beneficial for both parties. Notice of trial was given on a Friday afternoon, with trial scheduled for the following Tuesday. Given the short notice of the currently scheduled trial date, the government needs time to prepare and to locate essential witnesses that may or may not be located in the same place or employment that they were when trial was originally scheduled in 2006.

The Court is also permitted to grant the government a continuance to avoid denying the government continuity of counsel. 18 U.S.C. 3161(h)(8)(B)(iv). The Special Assistant U.S. Attorney that previously handled this prosecution before the appeal no longer works for the Department of Justice and new counsel has been assigned to this matter. The new Special Assistant U.S. Attorney needs a reasonable period of time to effectively familiarize himself with the evidence and locate essential witnesses.

### III.    Conclusion

For all of the above mentioned reasons, the government requests the Court grant a

60 day continuance of the trial currently scheduled to commence on

July 22, 2008, at 10:00 a.m.

RESPECTFULLY SUBMITTED this 21st day of July 2008, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney


s/Kelly Cavanaugh
KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2008,
a copy of the foregoing Motion to Continue
Trial Filed on Shortened Time was served
electronically on:

Michael Dieni, attorney for Sean Turvin
Lance Wells, attorney for Corina Cunningham


s/ Kelly Cavanaugh
Office of the U.S. Attorney

U.S. v Turvin, et al
3:06-cr-043-JWS                4