IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:06-cr-043-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | [PROPOSED] ORDER |
| | ) | |
| SEAN T. TURVIN and | ) | |
| CORINA CUNNINGHAM, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    The Government's Motion to Continue Trial in this case is hereby GRANTED.

It is ordered that the hearing will be continued to the _____ day of _____, 2008,

at _____a.m./p.m.

    IT IS SO ORDERED.


Dated: _____                _____
                                                       United States District Court Judge