MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *SEAN T, TURVIN, et al.*

THE HONORABLE JOHN W. SEDWICK        CASE NO. 3:06-cr-00043 (JWS)

PROCEEDINGS:   **ORDER FROM CHAMBERS**        Date: July 21, 2008

---

This case was remanded to this court by the Court of Appeals. The mandate was not actually filed until July 14, 2008, but it recited that it was effective July 8, 2008. This court calculated the last day for trial under the Speedy Trial Act to be July 22, 2008, and accordingly, set trial for July 22, 2008.

At docket 101, the United States has moved to continue the trial for 60 days because it does not know the whereabouts of several essential witnesses. It is also manifest that neither side can be expected to prepare for trial so rapidly as would be required to proceed on July 22, 2008. However, what is not clear to the court at this stage is exactly how much time either side might actually need in order to be prepared to proceed.

In light of the above, **IT IS ORDERED**:

The final pre-trial conference and trial dates are **VACATED**. Defendants shall file their responses to the motion at docket 101 within 10 days from the date of this order, the United States shall file a reply (which includes an updated report on the availability of witnesses) within 5 days from defendant's filing of their responses, and the court will conduct a hearing on the motion at docket 101 at **8:00 AM** on **August 18, 2008.**