NELSON P. COHEN
United States Attorney

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-043-JWS |
| ) | |
| Plaintiff, ) | |
| ) | MOTION FOR BAIL HEARING |
| vs. ) | |
| ) | |
| SEAN T. TURVIN and ) | |
| CORINA CUNNINGHAM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the United States Attorney's Office, by and through counsel, and hereby requests a bail hearing in order to determine defendants' release status pending trial.

Originally, the defendants filed a motion with the District Court to suppress evidence obtained during a search of defendants' vehicle during a traffic stop. The District Court agreed with the defendants and the evidence obtained during the search was suppressed. The Government appealed this decision to the Ninth Circuit Court of

Appeals, the Court of Appeals reversed the District Court decision and ruled that "the evidence obtained as a result of the Alaska State Trooper search of defendant's vehicle is admissible and the District Court's order to suppress is reversed."

Currently, a firm trial date has not been set, that issue is pending before the District Court. However, a trial date will be set in the near future and the government is concerned about the defendants' location and community safety issues.

The defendants have been charged with crimes under the Controlled Substances Act and are subject to the presumption that there is not a condition or combination of conditions that will reasonably assure the safety of persons or the community and the

//

//

//

//

//

//

defendants should be detained pending trial.  18 U.S.C. 3142(e)(1) and 18 U.S.C. 3142(f)(1)( C).

    RESPECTFULLY SUBMITTED this 24th day of July 2008, in Anchorage, Alaska.

    NELSON P. COHEN
United States Attorney

s/Kelly Cavanaugh
KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2008,
a copy of the foregoing Motion for Bail
Hearing was served electronically on:

Michael Dieni, attorney for Sean Turvin
Lance Wells, attorney for Corina Cunningham

s/ Kelly Cavanaugh
Office of the U.S. Attorney