IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 3:06-cr-043-JWS |
| ) | |
| Plaintiff,          ) | |
| ) | |
| vs.          ) | [PROPOSED] ORDER |
| ) | |
| SEAN T. TURVIN and          ) | |
| CORINA CUNNINGHAM,          ) | |
| ) | |
| Defendants.          ) | |
| _____          ) | |

The Government's Motion for Bail Hearing in this case is hereby GRANTED. It is ordered that the bail hearing will be on the _____ day of _____, 2008, at _____ a.m./p.m.

IT IS SO ORDERED.


Dated: _____                      _____
                                                                               United States District Court Judge