```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.  SEAN T. TURVIN          CASE NO. 3:06-CR-00043-01-JWS
Defendant:  X Present  X On Bond
U.S.A. vs.  CORINA L. CUNNINGHAM    CASE NO. 3:06-CR-00043-02-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          SAMANTHA LARK

UNITED STATES' ATTORNEY:        KELLY A. CAVANAUGH

DEFENDANT'S ATTORNEY:           MARY GEDDES FOR DEFT TURVIN
                                LANCE C. WELLS FOR DEFT CUNNINGHHAM

U.S.P.O.:                       PAULA MCCORMICK

PROCEEDINGS: STATUS HEARING (BAIL REVIEW HEARING) HELD:
             JULY 25, 2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 3:02 p.m. court convened.

Court and counsel heard re status of case, status of counsel, court of appeals and Pretrial Conference hearing.

Court and counsel heard re non-appearance as to defendants Turvin and Cunningham.

Bail Hearing set **for August 20, 2008 at 9:30 a.m.** as to defendants Turvin and Cunningham; Court ordered that defendants Turvin and Cunningham must be present.

Conditions of release remain as previously set as to defendants Turvin and Cunningham.

At 3:10 p.m. court adjourned.

DATE:       July 25, 2008          DEPUTY CLERK'S INITIALS: sal

Revised 6-18-07