MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. _____SEAN T. TURVIN_____ CASE NO._3:06-CR-00043-01-JWS_
Defendant Turvin: X Not Present
U.S.A. vs. _CORINA L. CUNNINGHAM__ CASE NO._3:06-CR-00043-02-JWS_
Defendant Cunningham: X Present X On Bond

BEFORE THE HONORABLE:_____JOHN W. SEDWICK_____

DEPUTY CLERK/RECORDER:_____DENALI ELMORE_____

UNITED STATES' ATTORNEY:__KELLY CAVANAUGH_____

DEFENDANT'S ATTORNEY:_____MIKE DIENI FOR SEAN TURVIN_____
                           LANCE WELLS FOR CORINA CUNNINGHAM_____

PROCEEDINGS: HEARING ON MOTION TO CONTINUE TRIAL (DKT 101)
             HELD 8/18/2008:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:05 a.m. court convened.

Court and counsel heard re Motion to Continue Trial (Dkt 101);
**GRANTED.** Trial by Jury set for Monday, **September 15, 2008 at
9:00 a.m.** Final Pretrial Conference set for **Monday,
September 15, 208 at 8:30 a.m.**

Defendants' conditions of release remain as previously set.

At 8:08 a.m. court adjourned.

DATE:_____AUGUST 18, 2008_____ DEPUTY CLERK'S INITIALS:__DJE___

Revised 6-18-07