AO 442 (Rev. 12/85) Warrant for Arrest

## UNITED STATES DISTRICT COURT
### DISTRICT OF ALASKA

**RECEIVED**
AUG 21 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

UNITED STATES OF AMERICA

**\*\*SECRET\*\***
**WARRANT FOR ARREST**

V.

SEAN T. TURVIN

CASE NUMBER: 3:06-cr-00043-01-JWS

RECEIVED U.S. MARSHALS SERVICE ALASKA

To: The United States Marshal
and any Authorized United States Officer

**ORIGINAL**

YOU ARE HEREBY COMMANDED to arrest SEAN T. TURVIN and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

[XXX] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense):
21:846 and 841(a)(1) & (b)(1)(B) - CONSPIRACY TO TRAFFIC METHAMPHETAMINE - Count 1
21:841(a)(1) and (b)(1)(B); 18:2 - POSSESSION OF 5 GRAMS OR MORE OF METHAMPHETAMINE WITH INTENT TO DISTRIBUTE - Count 2
26:5841, 5845(a)(1), 5861(d), 5871 - POSSESSION OF A PROHIBITED FIREARM - Count 3

in violation of Title   United States Code, Section(s)

| | |
|---|---|
| Ida Romack<br>Name of Issuing Officer | Clerk of Court<br>Title of Issuing Officer |
| by: SIGNATURE REDACTED   Clerk<br>Signature of Issuing Officer | April 19, 2006, at Anchorage, Alaska<br>Date and Location |

Bail Fixed at $ to be determined

by  Magistrate Judge John D. Roberts

**EXECUTED ON WRIT**

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at: _____

WILDWOOD CC, KENAI, AK

| DATE RECEIVED<br>4/20/2006<br>DATE OF ARREST<br>4/28/2006 | NAME AND TITLE OF ARRESTING OFFICER<br>U.S. Marshals D/AK<br>Randy M. Johnson | SIGNATURE OF ARRESTING OFFICER<br>*[signature]* |
|---|---|---|