```
                 MINUTES OF THE UNITED STATES DISTRICT COURT
                              DISTRICT OF ALASKA
```

U.S.A. vs. SEAN T. TURVIN         CASE NO.  3:06-CR-00043-01 JWS
U.S.A. vs. CORINA L. CUNNINGHAM CASE NO:  3:06-CR-00043-02 JWS
Defendant Cunningham: X Present   X On Bond

BEFORE THE HONORABLE: JOHN D. ROBERTS VIA VIDEO CONFERENCE FROM FAIRBANKS COURTROOM 1

DEPUTY CLERK/RECORDER: LYNN GROVES-KELLEY - FAIRBANKS COURTROOM
                      ALEXIS GUITIERREZ - ANCHORAGE COURTROOM

UNITED STATES' ATTORNEY: TOM BRADLEY - ANCHORAGE COURTROOM

DEFENDANT'S ATTORNEY: MIKE DIENI FOR TURVIN-ANCHORAGE COURTROOM

                     LANCE WELLS FOR CUNNINGHAM-ANCHORAGE COURTROOM

U.S.P.O.:            PAULA MCCORMICK - ANCHORAGE COURTROOM

PROCEEDINGS: BAIL REVIEW HEARING                    HELD: 08/20/2008
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 10:02 a.m. court convened.

Court and counsel heard re: Plaintiffs oral motion for Arrest Warrant for Sean T. Turvin: **GRANTED;** bail proposal as to Corina L. Cunningham: **GRANTED**. Court **ORDERED** Defendant to post $10,000.00 unsecured appearance bond.

Order Setting Conditions of release, **FILED**.

At 10:19 a.m. court adjourned.

DATE: August 20, 2008        DEPUTY CLERK'S INITIALS:   LGK

Revised 6-18-07