RECEIVED
AUG 2 2 2008
Clerk, U.S. District Court
Anchorage, A.K.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | )  No. 3:06-cr-00043-01-JWS-JDR |
|---|---|
| In the Matter of | ) |
| | ) |
| SEAN A. TURVIN, | ) ORDER FOR ISSUANCE OF |
| | ) WRIT OF HABEAS CORPUS |
| On Writ of Habeas Corpus | ) AD PROSEQUENDUM |
| | ) |

On the Motion of Kelly A. Cavanaugh, Special Assistant United States Attorney, IT IS ORDERED that the Clerk of this court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the State of Alaska, Department of Corrections, to bring SEAN A. TURVIN, DOB 07/01/70, now being held at Wildwood Correctional Facility, before this court as a defendant in a certain cause now pending before this Court, to wit: <u>United States of America v. Sean A. Turvin</u>, Case No. 3:06-cr-00043-01-JWS-JDR, for the scheduling of future hearings in Anchorage, Alaska and such other proceedings as the court may desire, said person to be returned to the said State of Alaska, Department of Corrections, soon as the case is disposed of.

DATED this 22nd day of August, 2008, at Anchorage, Alaska.

**REDACTED SIGNATURE**

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate