AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ ALASKA

UNITED STATES OF AMERICA

V.

SEAN T. TURVIN

**WARRANT FOR ARREST**

Case    3:06-CR-00043-01-JWS-JDR

**ORIGINAL**

To: The United States Marshal
and any Authorized United States Officer

*RECEIVED AUG 26 2008 CLERK, U.S. D... ANCHORAGE, A.K.*

YOU ARE HEREBY COMMANDED to arrest _____ Sean T. Turvin _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    X Order of court

☐ Pretrial Release       ☐ Probation              ☐ Supervised Release    ☐ Violation Notice
  Violation Petition       Violation Petition         Violation

charging him or her with   (brief description of offense)

Failure to appear at 08/20/2008 Status Hearing
and
Failure to contact Pretrial Service Officer

☐ in violation of Title _____ United States Code, Section(s) _____

X in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

JOHN. D. ROBERTS
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

REDACTED SIGNATURE
Signature of Issuing Officer

AUGUST 20, 2008 AT FAIRBANKS, ALASKA
Date and Location

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |
| **EXECUTED ON WRIT**    ANCHORAGE, AK |

| DATE RECEIVED 8/20/2008 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/25/2008 | U.S. Marshals D/AK Randy M. Johnson | for R. Snyder |