NELSON P. COHEN
United States Attorney

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:06-cr-043-JWS |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S NOTICE |
| vs. ) | REGARDING EXPERT TESTIMONY |
| ) | |
| SEAN T. TURVIN and ) | |
| CORINA CUNNINGHAM, ) | |
| ) | |
| Defendants. ) | |
| ) | |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial either Mr. Steve Palmer or Ms. Jane Jill Booth, both Criminalists at the State of Alaska Scientific Crime Detection Laboratory, as expert witnesses. Their qualifications are attached. (Attachments 1 and 2).

Mr. Palmer is the State of Alaska Criminalist who analyzed the methamphetamine seized from the defendant's vehicle on November 20, 2005. Mr. Palmer will discuss his

analysis and conclusions as provided in his report. Ms. Booth reviewed Mr. Palmer's work, methodology, and conclusions. She will be available to testify in the event Mr. Palmer is unavailable.

The Lab Report on this matter was provided to the Defendant as part of Federal Rules of Evidence Rule 16.

RESPECTFULLY SUBMITTED this 2nd day of September 2008, at Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/Kelly Cavanaugh
> KELLY CAVANAUGH
> Special Assistant U.S. Attorney
> Federal Building & U.S. Courthouse
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: kelly.cavanaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2008,
a copy of the foregoing Government's Notice
Regarding Expert Testimony was served electronically on:

Michael Dieni, attorney for Sean Turvin
Lance Wells, attorney for Corina Cunningham

s/ Kelly Cavanaugh
Office of the U.S. Attorney