## STATEMENT OF QUALIFICATIONS

**Name of Lab:** Scientific Crime Detection Laboratory        **Date:** June 12, 2008
5500 E. Tudor Road
Anchorage, AK  99507

**Name:** Jane Jill Booth        **Job Title:** Forensic Scientist IV

**Discipline(s):** Forensic Biology (Screening and DNA casework) Supervisor

**Education:**

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| **University of Washington** | **1965-1968** | **Medical Technology** | **B.S.** |
| **Gonzaga University** | **1964-1965** | **Pre-Medical Technology** | |

**Other Training:**

**2008:** International (ISO) Preparation Course, ASCLD/LAB, Phoenix, Arizona (3 days)

Performing Effective Audits, FBI, Fredericksburg, Virginia (4 days)

**2007:** Legacy Auditor Training, ASCLD/LAB, Contra Costa, California (3 days)

**2005:** Forensic Toxicology Review, SOFT, Spokane, Washington (2 days)

**2004:** FBI Symposium on Forensic Toxicology, SOFT/TIAFT, Washington, D.C. (3 days)

**2003:** Forensic Digital Imaging, Imaging Forensics, George Reis, Anchorage, Alaska (3 days)

The Effects of Drugs on Human Performance and Behavior, Indiana University Center for Studies of Law In Action, Bloomington, Indiana (4 days)

**2000:** Clandestine Laboratory Analysis and Synthesis, California Criminalistics Institute, Sacramento, California (40 hours)

Clandestine Laboratory Re-Certification Course, DEA/APD, Anchorage, Alaska (5 hours)

Alcohol, Drugs, and Highway Safety: Testing, Research, and Litigation, Indiana University, Bloomington, Indiana (48 hours)

**1999:** Datamaster Breath Alcohol School, National Patent Analytical Systems, Mansfield, Ohio (32 hours)

**1998:** **Clandestine Laboratory Workshop**, Multi-jurisdictional Counter Drug Task Force Training,
Florida National Guard, Criminal Justice Institute, Anchorage, Alaska (24 hours)

**Clandestine Laboratory Certification Course**, DEA/APD, Anchorage, Alaska (40 hours)

**Methamphetamine Workshop**, American Academy of Forensic Sciences, San Francisco, California (8 hours)

**Microscopy of Sexual Assault Evidence**, American Academy of Forensic Sciences, San Francisco, California (8 hours)

**1996:** **Controlled Substances Symposium Workshop**, Northwest Association of Forensic Scientists, Spokane, Washington (3 days)