## STATEMENT OF QUALIFICATIONS

**Name of Lab:**   Scientific Crime Detection Laboratory          **Date:**  June 24, 2008
5500 E. Tudor Road
Anchorage, AK  99507

**Name:**   Stephen C. Palmer          **Job Title:**   Forensic Scientist III

**Discipline(s):**  Indicate all areas in which you do casework.

   Blood Alcohol Testing
   Solid Dose Drug Analysis

**Education:**   List all higher academic institutions attended.

| Institution | Dates attended | Major | Degree completed |
|---|---|---|---|
| Eastern Nazarene College | 1978-1983 | Biology | B.A. |
| University of Alaska-Anchorage | 1989-1991 | Computer Science | |

**Other Training:**   List continuing education, workshops, in-service and other formal training received.

   2003:  The Effects of Drugs on Human Performance and Behavior, Indiana University Center for Studies of Law In Action, Bloomington, Indiana (4 days)

   2001:  Methamphetamine: Synthesis and Analysis Workshop, California Criminalistics Institute in Sacramento, California. (40 hours)

   1998:  Clandestine Laboratory Workshop, Multijurisdictional Counterdrug Task Force Training, Florida National Guard, Criminal Justice Institute, Anchorage, Alaska (24 hours)

   1996:  Toxicology Work/Study Program, Center for Human Toxicology, University of Utah Research Park, Salt Lake City, Utah (60 hours)

   1995:  Driving Under the Influence of Drugs - Testimony Issues, Pharmacology and Impairment, Northwest Association of Forensic Scientists, Anchorage, Alaska (1.5 days)

   1994:  Introduction to Turbochrom v4.0 and Advanced Turbochrom v4.0, Perkin-Elmer, Anchorage, Alaska, May (16 hours)

   Courtroom Procedures for Law Enforcement Officers, U.S. Department of Justice, Anchorage, Alaska, May (16 hours)