# CURRICULUM VITAE OF SHANA M. IRBY

**Employment History:**

Forensic Chemist
DEA Western Laboratory, San Francisco, CA.
November 2003 to Present
Principal Duties: Analysis of controlled substances

Quality Assurance Supervisor
John I. Haas, Inc.  Yakima, WA.
August 1993 to October 2003
Principal Duties: Supervise and perform the analysis of hops and hop products

**Education:**

Bachelor of Arts degree in Chemistry, 1993
Bachelor of Science degree in Biology, 1993
Central Washington University, Ellensburg, WA.

**Additional Training:**

DEA Clandestine Laboratory Safety Certification, September 2007
DEA Basic Forensic Sciences School, August 2004
DEA Basic NMR Course, April 2004 and in 2006
Agilent GC-MSD Chemstation & Instrument Operation, March 2004
DEA Western Laboratory Forensic Chemist training program, Nov. 2003-March 2004
Agilent Introduction to Liquid Chromatography and HPLC Chemstation, June 2001
Agilent Introduction to Gas Chromatography May 2001

**Expert Testimony:**

Federal Court in Yakima, Washington, June 2004
Federal Court in Yakima, Washington, May 2005
State of Colorado in Grand Junction, September 2007
Federal Court in Seattle, Washington, January 2008
Federal Court in Seattle, Washington, April 2008