Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SEAN TIMOTHY TURVIN,<br><br>　　　　　Defendant. | Case No. 3:06-cr-0043-JWS-JDR<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

　　　　Defendant, Sean Timothy Turvin, by and through counsel Michael Dieni, Assistant Federal Defender, hereby notifies the court of his intent to change his plea in the above-styled case.  The parties are in the process of completing a written plea agreement.

　　　　Mr. Turvin requests that the court schedule a change of plea hearing at a time convenient to the court and counsel.

///

///

///

DATED this 8th day of September 2008.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:
I certify that on September 8, 2008,
a copy of the *Notice of Intent to Change
Plea* was served electronically on:

Kelly Cavanaugh, Esq.
Assistant U.S. Attorney

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

/s/ Michael D. Dieni