NELSON P. COHEN
United States Attorney

KELLY CAVANAUGH
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: kelly.cavanaugh@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>SEAN T. TURVIN and<br>CORINA CUNNINGHAM,<br><br>    Defendants. | ) Case No. 3:06-cr-043-JWS<br>)<br>)<br>) GOVERNMENT'S NOTICE<br>) REGARDING EXPERT TESTIMONY<br>)<br>)<br>)<br>)<br>) |

COMES NOW the United States, by and through counsel, and files its notice pursuant to Federal Rule of Criminal Procedure 16 and Federal Rule of Evidence 702, that it intends to call in its case-in-chief at trial Mr. Gordon Dorr, a Task Force Officer for the Drug Enforcement Administration (DEA), as an expert witness. His statement of qualifications is attached.

//

Mr. Dorr is a Task Force Officer with the DEA. Mr. Dorr will discuss whether the evidence found in the Defendant's vehicle and hotel room was consistent with narcotics distribution.

RESPECTFULLY SUBMITTED this 8th day of September 2008, at Anchorage, Alaska.

        NELSON P. COHEN
        United States Attorney

        s/Kelly Cavanaugh
        KELLY CAVANAUGH
        Special Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West 7th Ave., #9, Rm. 253
        Anchorage, AK 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-1500
        E-mail: kelly.cavanaugh@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2008,
a copy of the foregoing Government's Notice
Regarding Expert Testimony was served electronically on:

Michael Dieni, attorney for Sean Turvin
Lance Wells, attorney for Corina Cunningham

s/ Kelly Cavanaugh
Office of the U.S. Attorney