Filed in the Trial Courts
STATE OF ALASKA THIRD DISTRICT

JUL 7 2008

Clerk of the Trial Courts

By _____ Deputy

# AFFIDAVIT OF G.K. DORR

I, G.K. Dorr, being first duly sworn on oath, hereby depose and state:

1. I am a police officer employed by the Anchorage Police Department (APD) and am currently assigned as a detective in the Drug Enforcement Unit. My assignment with APD's Drug Enforcement Unit entails investigation of cases involving controlled substances.

2. I have more than eleven years of combined law enforcement experience. I was employed as a police officer by the Metropolitan Police Department. Washington, D.C., (MPD) from June of 1987 until December of 1988. I have been employed as a police officer by APD since December of 1997.

3. I attended and graduated from a six-month police academy operated by MPD. While attending MPD's academy, I received training and instruction on devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, and trafficking of controlled substances. In an extension of MPD's training, and subsequent to graduation from MPD's academy, I received several months of additional training and instruction under the tutelage and supervision of a senior patrol officer before being certified. This additional training also included the investigation of crimes involving the use, possession, and trafficking of controlled substances in the Washington, D.C. area.

4. I attended and graduated from a five-month police academy operated by APD. While attending APD's academy, I received training and instruction on devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. In an extension of APD's training, and subsequent to graduation from APD's academy, I received three additional months of training and instruction from several APD Field Training Officers. This field training included investigation of crimes involving the use,

possession, manufacture, and trafficking of controlled substances in the Anchorage area.

5. In March of 2002, I attended the DEA's five-day Clandestine Laboratory Investigation/Certification Program. During this course, I learned how to identify, classify, investigate and dismantle clandestine laboratories in accordance with applicable OSHA and EPA regulations. Under the supervision of DEA chemists, I participated in the manufacture of methamphetamine using two different methods. In June of 2002, I attended the DEA's 80 hour Basic Drug Investigations course. In this course, I learned, among other things, about the devices, paraphernalia, techniques, materials, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances, including cocaine, heroin, methamphetamine, and marijuana, among others.

6. During my tenure as a police officer, I have conducted and/or participated in numerous investigations relating to the use, possession, manufacture, and trafficking of controlled substances, and I have become familiar with devices, paraphernalia, techniques, and practices used by people engaged in the use, possession, manufacture, and trafficking of controlled substances. I have conducted and/or participated in investigations which have resulted in the seizure of marijuana, marijuana grow operations, cocaine hydrochloride, cocaine base (crack), opium, PCP, heroin, ketamine, methylenedioxymethamphetamine (MDMA/ecstasy), methamphetamine, methamphetamine laboratories, prescription medications, firearms, pagers, cellular telephones, surveillance systems, cameras, memory cards, computers, documents, money, and precious metals. I have also conducted numerous interviews of people involved in the use, possession, manufacture, and trafficking of controlled substances, adding to my knowledge of the illegal drug culture in the Anchorage area. In addition to my formal training and experience, I have gained knowledge and insight by working and speaking with many experienced law enforcement agents from local, state, and federal agencies, and I consider this knowledge and insight to be an integral part of my experience and training.

7. I received a bachelor's degree from the University of Maryland's Institute of Criminal Justice and Criminology in May of 1987. I received a Juris Doctor from Mercer University's Walter F. George School of Law in May of 1992.

8. Based on my training and experience, I know that people involved in the use, possession, manufacture, and/or trafficking of controlled substances commonly possess and use cellular telephones, telephones, computers, and pagers to facilitate these activities. Regarding cellular telephones in particular, I know that drug traffickers will use cellular telephones to

facilitate their activities because of the mobility offered by cellular telephones. Further, drug traffickers are attracted to cellular telephones because they enable suspects to avoid the risks attendant with operating from a fixed location. Additionally, cellular telephones afford spontaneous access to drug customers and to drug sources. Further, I know that cell phones used by drug traffickers frequently contain data stored w/in which includes the telephone numbers, names, and/or aliases of drug customers and drug sources. Further, I know that in addition to names and numbers, cell phones used by drug traffickers commonly contain images and recordings of people involved in trafficking, images of firearms used in these activities, images of controlled substances, and images of drug trafficking proceeds, and further that these images are often retained long after the images are captured.

9. Based on my training and experience, I know that people involved in the use, possession, manufacture, and/or trafficking of controlled substances commonly engage in these activities at all hours of the day and night.

10. Based on my training and experience, I know that people involved in the use, possession, manufacture, and/or trafficking of controlled substances commonly generate and retain documentary evidence of these activities, to include, but not limited to, receipts, writings memorializing illegal drug transactions, weights, money paid, wired, transferred, deposited, received, and owed, as well as customer/source lists, including names, addresses, and telephone numbers. Further, I know that these documents are often retained long after the transactions to which they refer have taken place, and that these documents are often retained in the residences and vehicles of people involved in these activities, as well as in places where these activities take place.

11. Based on my training and experience, I know that trafficking controlled substances is a cash business, and frequently very lucrative. Also based on my training and experience, I know that people involved in the possession, manufacture, and/or trafficking of controlled substances commonly possess money generated by these activities, and further that these people commonly possess stolen property accepted in exchanges for controlled substances. Further, based on my training and experience, I know that people involved in the possession, manufacture, and/or distribution of controlled substances commonly maintain and possess firearms to protect themselves, their controlled substances, and their trafficking proceeds. Further, I know that the above described documents, money, stolen property, and firearms are commonly found in the vehicles and residences of drug traffickers, as well as in other places maintained for the trafficking of controlled substances, as well as lower profile locations sometimes referred to as "stash houses."

12. Based on my training and experience, I know that the items found on Attachment "A" are frequently found in places maintained for trafficking activities, as well as the residences and vehicles of people engaged in the possession, manufacture, and/or trafficking of controlled substances.

13. Based on my training and experience, I know that it is common for people encountered at places maintained for trafficking purposes, and/or within vehicles used for trafficking purposes to have the following items on their persons: illegal drugs, proceeds from illegal drug sales, documentary evidence, and cell phones.

14. Based on my training and experience, I know that cameras (still and video), as well as memory cards found in places and vehicles maintained for trafficking activities commonly contain evidence of these activities, to include images and recordings of people involved in these activities, images of firearms used in these activities, images of controlled substances, and images of drug trafficking proceeds, and further that these images are often retained long after the images are captured.

15. Based on my training and experience, I know that people involved in the distribution of controlled substances commonly use veiled language and/or code words when talking about controlled substances.

BACKGROUND